IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| VERSATA SOFTWARE, INC., ET AL., | : | |
| | : | |
| Plaintiffs, | : | |
| | : | |
| v. | : | Civil Action No. 12-925-LPS |
| | : | |
| CLOUD9 ANALYTICS, INC., | : | |
| | : | |
| Defendant. | : | |

## ORDER

WHEREAS, Magistrate Judge Burke issued a Report and Recommendation (D.I. 43) on February 18, 2014;

WHEREAS, the Report and Recommendation recommends that the Court GRANT Defendant's Motion to Dismiss Plaintiffs' Claims for Indirect Infringement, and Motion to Strike (D.I. 25).

WHEREAS, any Objections to the Report and Recommendation (D.I. 43) were to be filed by March 7, 2014;

WHEREAS, neither party has filed an Objection to the Report and Recommendation;

WHEREAS, the Court concludes that the Report and Recommendation should be adopted for the reasons stated by Magistrate Judge Burke;

NOW THEREFORE, IT IS HEREBY ORDERED that the Report and Recommendation (D.I. 43) is **ADOPTED**; and Defendant's Motion to Dismiss Plaintiffs' Claims for Indirect Infringement, and Motion to Strike (D.I. 25) is **GRANTED**. Plaintiffs may amend.

Dated: March 13th, 2014

_____
UNITED STATES DISTRICT JUDGE